**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EUGENE WILSON,

    Plaintiff,                                        CASE NO. **8:11-cv-02498-JSM-EAJ**

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

EUGENE WILSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

DATED:  December 16, 2011        RESPECTFULLY SUBMITTED,

                                            KROHN & MOSS, LTD.

                                  By:  /s/ Shireen Hormozdi

                                        Shireen Hormozdi
                                        FBN: 0882461
                                        Krohn & Moss, Ltd
                                        10474 Santa Monica Blvd., Suite 401
                                        Los Angeles, CA 90025
                                        Phone:  (323) 988-2400 ext. 267
                                        Fax:  (866) 802-0021
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Keith McGurgan, Attorney for Defendant, at e-mail address kmcgurgan@portfoliorecovery.com and mailed to the below address.

    Keith S. McGurgan
    Litigation Counsel
    Office of General Counsel
    Portfolio Recovery Associates
    140 Corporate Boulevard
    Norfolk, Virginia 23502

                        By:  /s/ Shireen Hormozdi

                            Shireen Hormozdi
                            FBN: 0882461
                            Krohn & Moss, Ltd
                            10474 Santa Monica Blvd., Suite 401
                            Los Angeles, CA 90025
                            Phone:  (323) 988-2400 ext. 267
                            Fax:    (866) 802-0021
                            Attorney for Plaintiff